IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **MICHAEL WAYNE JACKSON,** | § | |
| **TDCJ-CID #603055** | § | |
| **Petitioner,** | § | |
| **V.** | § | **C.A. NO. C-07-172** |
| | § | |
| **NATHANIEL QUARTERMAN,[1]** | § | |
| **Respondent.** | § | |

## AMENDED[2] MEMORANDUM OPINION AND ORDER OF TRANSFER

This is a habeas action filed by a state prisoner incarcerated at the McConnell Unit in Beeville, Texas (D.E. 1). Petitioner states he was convicted of theft and sentenced on May 29, 1991, in the 232nd District Court of Harris County, Texas.

A habeas action may be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d); Wadsworth v. Johnson, 235 F.3d 959 (5th Cir. 2000). Petitioner's place of incarceration is in the Corpus Christi Division of the Southern District of Texas, 28 U.S.C. § 124(b)(6), and he was convicted by a court located in the Houston Division of the Southern District of Texas. 28 U.S.C. § 124(b)(2).

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been

---

[1] The Clerk shall substitute Nathaniel Quarterman, Director of TDCJ's Criminal Institutions Division, as the proper respondent. Rule 2(a), Rules Governing Section 2254 Cases.

[2] The opinion is amended only to correct the petitioner's last name.

brought. 28 U.S.C. §§ 1404(a) and 1406(a). Because petitioner was convicted in Harris County, it is more convenient for the action to be handled in the Houston Division of the Southern District of Texas. The records of his conviction, the prosecutor and defense lawyer, and the witnesses are all located in the Houston Division of the Southern District of Texas.

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Southern District of Texas, Houston Division.

ORDERED this 13th day of April, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE